IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 13-cr-00139-RBJ | Date: | July 14, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | Andrea Bell |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Suneeta Hazra* |
| v. | |
| 1. ELIZABETH A. EURIOSTE<br>**Defendant(s)** | *Gregory R.S. Daniels* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:** 1:00 p.m.

Appearances of counsel.

Defendant present on bond.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  [60] Defendant's Motion Departure Sentence is GRANTED IN PART and DENIED IN PART.

[61] Defendant's Motion for Variant Sentence is GRANTED IN PART and DENIED IN PART.

[72] Motion to Dismiss Counts is GRANTED.

**ORDERED:** Defendant shall be **imprisoned** for a term of **6 months** as to Count Nine of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **1 year,** no fine or restitution imposed.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. Drug test provision is hereby WAIVED.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.
- (**X**) All employment must be approved in advance by the probation officer and the defendant shall not engage in any business activity unless approved by the probation officer. Any approved business activity must operate under a formal, registered entity. For any approved business activity, the defendant shall maintain business records. The defendant shall provide all requested documentation and records to the probation officer regarding any of her business activities as requested by the probation officer.
- (**X**) The defendant shall document all income, compensation, and financial support generated or received from any source and provide such information to the probation officer as requested.
- (**X**) The defendant shall maintain separate personal and business finances and shall not comingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.

Court RECOMMENDS that the defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Federal Bureau of Prisons place the defendant at a facility located in Colorado.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**Court in recess:**  2:03 p.m.  Hearing concluded.  Total time:  01:03